# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

EARNESTINE WATSON,

                CIVIL NO.: 11-CV-1374 ADM/AJB

    Plaintiff,

v.

SUPERIOR ASSET MANAGEMENT, INC.,    **ORDER FOR DISMISSAL**

    Defendant.

_____

        Based upon the Notice of Dismissal with Prejudice, document number 2, filed by Plaintiff on August 18, 2011, and upon all the files, records and proceedings herein,

        **IT IS FURTHER ORDERED:** That all claims asserted by Plaintiff in the above-entitled action, including all claims for attorney's fees, are hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

        LET JUDGMENT BE ENTERED ACCORDINGLY.

                **BY THE COURT:**


Dated:  August 22, 2011           s/Ann D. Montgomery
                                           _____
                                           Ann D. Montgomery
                                           United States District Judge